# Court of Appeals
# of the State of Georgia

ATLANTA,  November 10, 2021

*The Court of Appeals hereby passes the following order:*

## A22A0341. OLUWAROTIMI OGUNWOLE v. THE STATE.

Oluwarotimi Ogunwole was convicted of simple battery and rape. His conviction was affirmed on appeal. *Ogunwole v. State*, Case No. A20A0790 (decided Apr. 23, 2020). In February 2021, acting pro se, he filed a "Motion for Void Conviction and Sentence with Addition for Actual Innocence Claim." The trial court denied the motion on April 14, 2021. Ogunwole filed a notice of appeal seeking to appeal that order on July 2, 2021. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after the entry of the order or judgment to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Ogunwole filed his notice of appeal 79 days after the trial court's order. Consequently, this appeal is untimely and is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  11/10/2021*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*